## ORIGINAL

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; (See Attachment A to Summons in a Civil Case)
V.

C D M Constructors, Inc., a California Corporation

**SUMMONS IN A CIVIL CASE** 

CASE NUMBER:



CV 08 2868 MEJ

TO: (Name and address of defendant)
C D M Constructors, Inc.
9220 Cleveland Ave., #100
Rancho Cucamonga, CA 91370

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD, A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Phone: (510) 337-1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE  JUN 9 2008

NDCAO440

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attachment A to Summons in a Civil Case

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

       Plaintiffs,

  v.

C D M Constructors, Inc., a California Corporation,

       Defendant.

**Attachment A to Summons in a Civil Case**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | June 20, 2008 |

| Name of SERVER | TITLE |
|---|---|
| ROBERT K. VACHER, dba Capitol Process Service | Owner |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: 1232 "Q" Street, 1st. Floor, Sacramento, California 95814

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other (specify): CDM Constructors, Inc., By Service Upon Jennifer R. Churchill its Agent For Service of Process.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| None | $30.00 | $30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 20, 2008
                  *Date*

*Signature of Server*

P.O. Box 6151, Folsom, California 95763-6151
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.