UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CDM Constructors, Inc., a California Corporation,<br><br>Defendant. | Case No. CV 08-2868 (MEJ)<br><br>[PROPOSED] ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[Complaint Filed: June 9, 2008] |

IT IS HEREBY ORDERED that Defendant CDM Constructors, Inc. will file its answer to Plaintiffs' Complaint on July 28, 2008.

DATED: July 10, 2008

_____
Magistrate Judge Maria-Elena James
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
RICHARD M. FREEMAN, Cal. Bar No. 61178
dfreeman@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858-720-8900
Facsimile: 858-509-3691