1   BARRY E. HINKLE, Bar No. 071223
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2   WEINBERG, ROGER & ROSENFELD
3    A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, CA  94501-1091
    Telephone (510) 337-1001
5   Attorneys for Plaintiffs

6

7

8                            UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their          )  No.    **C-08 2868 MEJ**
    capacities as Trustees of the LABORERS   )
12  HEALTH AND WELFARE TRUST FUND            )
    FOR NORTHERN CALIFORNIA; LABORERS        )
13  VACATION-HOLIDAY TRUST FUND FOR          )  **NOTICE OF SETTLEMENT**
    NORTHERN CALIFORNIA; LABORERS            )
14  PENSION TRUST FUND FOR NORTHERN          )
    CALIFORNIA; and LABORERS TRAINING        )
15  AND RETRAINING TRUST FUND FOR            )
    NORTHERN CALIFORNIA,                     )
16                                           )
17            Plaintiffs,                    )
                                             )
18        v.                                 )
                                             )
19  C D M Constructors, Inc., a California   )
20  Corporation.                             )
                                             )
21            Defendant.                     )
                                             )
22  _____

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

NOTICE OF SETTLEMENT

1    The Parties, by and through their counsel of record, hereby notify the Court that the Parties

2 have reached a settlement in the above-captioned cases. The Parties are in the process of finalizing

3 the settlement documents and anticipate that a dismissal will be filed within the next twenty (20)

4 days.

5

6

Dated: July 22, 2008.

7                                              WEINBERG, ROGER & ROSENFELD
                                               A Professional Corporation
8

9                                              By:   /s/Concepción E. Lozano-Batista
                                                     CONCEPCION E. LOZANO-BATISTA
10                                                   Attorney for Plaintiffs

11 Dated: July 22, 2008.

12                                             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

13                                             By: _____

14                                                   RICHARD FREEMAN
                                                     Attorney for C D M Constructors, Inc.
15

16 118670/500430

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF SETTLEMENT                                - 2 -