1  BARRY E. HINKLE, Bar No. 071223
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA 94501-1091
   Telephone (510) 337-1001
5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>C D M Constructors, Inc., a California Corporation.<br><br>Defendant. | No.   C-08 2868 MEJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF DISMISSAL WITHOUT PREJUDICE

1    NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. Said voluntary dismissal without an order of the Court is appropriate, since none of the Defendants have filed an answer or summary judgment in this matter.

DATED: August 5, 2008

                                 WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

                                 By:      /s/       Conchita Lozano-Batista
                                            CONCHITA LOZANO-BATISTA
                                            Attorney for Plaintiffs

118670/501886

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**